JEFFERSON B. SESSIONS
United States Attorney General
SANDRA R. BROWN
Acting United States Attorney
DONALD W. YOO (State Bar No. 227679)
Special Attorney
    United States Attorney's Office
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:   (213) 894-3994
    Facsimile:   (213) 894-7819
    E-mail:   donald.yoo@usdoj.gov

Attorneys for Defendants
United States of America and John F. Kelly, in his official capacity as Secretary of the U.S. Department of Homeland Security

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORDER PATROL AGENT ANONYMOUS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; JOHN F. KELLY, ARMANDO GONZALEZ, AND DOES 1-25,<br><br>    Defendants. | No. CV16-0725-W-BLM<br><br>[Related to: CV16-0374-W-BLM; CV16-0750-W-BLM]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br>Honorable Thomas J. Whelan |

1  IT IS HEREBY STIPULATED by and between the parties, through their
2  undersigned counsel, that the above-captioned action is dismissed, with prejudice,
3  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to
4  bear their own costs, fees, and expenses.

6  Dated: 7/7/17          Respectfully submitted,

7                         JEFFERSON B. SESSIONS
                          United States Attorney General
8                         SANDRA R. BROWN
                          Acting United States Attorney

12                        DONALD W. YOO
                          Special Attorney
13                        Attorneys for Federal Defendants United States of
                          America and John F. Kelly, sued in his official
14                        capacity as Secretary of the U.S. Department
                          of Homeland Security
                          E-mail: donald.yoo@usdoj.gov

16  Dated: 7/7/2017

19                        BORDER PATROL AGENT ANONYMOUS
                          Plaintiff

21  Dated: 7/7/2017       BURNS & COHAN

24                        TODD W. BURNS
25                        Attorneys for Plaintiff

1